Matter of Birro v Wolkow-Braker Roofing Corp. (2024 NY Slip Op 02110)

Matter of Birro v Wolkow-Braker Roofing Corp.

2024 NY Slip Op 02110

Decided on April 18, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:April 18, 2024

535730
[*1]In the Matter of the Claim of Joseph Birro Jr., Appellant,
v
Wolkow-Braker Roofing Corp. et al., Respondents. Workers' Compensation Board, Respondent.

Calendar Date:

Before:Clark, J.P., Aarons, Reynolds Fitzgerald, Fisher and McShan, JJ., concur. 

Motion for reargument.
Upon the papers filed in support of the motion and the papers filed in response and in opposition thereto, it is
ORDERED that the motion is granted, without costs, the memorandum and order decided and entered November 16, 2023 (221 AD3d 1221 [2023]) is vacated, and the following memorandum and order is substituted therefor.
Clark, J.P., Aarons, Reynolds Fitzgerald, Fisher and McShan, JJ., concur.